UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SANTOS ABRAHAM GUEVARRA-PADILLA,

*Petitioner*,

v.                                                                    Case No. 5:26-CV-0695-JKP

PAMELA JO BONDI, et al.,

*Respondents*.

## ORDER OF DISMISSAL

Before the Court is a Stipulation of Voluntary Dismissal (ECF No. 9) signed by all parties. Unlike the response filed in this case, which specifically states that the Department of Justice only represents the federal employees, *see* ECF No. 5 at 1 n.1, the filed stipulation purports to bind all respondents. Accordingly, the Clerk of Court closed the case upon the filing of the stipulation without further court action. This appears proper based upon the filed stipulation.

Although no court order is necessary based upon a stipulation properly filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the Court has received an inquiry about issuing a case-closing order. To avoid any potential confusion, the Court hereby **DISMISSES** this action without prejudice. As the case is already closed, the Clerk of Court need not take any further action.

The inquiry also expressed some uncertainty as to a stay of removal issued in this case and whether it affects the ability to effectuate Petitioner's voluntary departure. Filing a stipulation under Rule 41(a)(1) divests this Court of jurisdiction to take further action except in special circumstances not present here. *See Whittier v. Ocwen Loan Servicing, LLC*, 128 F.4th 724, 726 (5th Cir. 2025); *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (per curiam). Nevertheless, the termination of this action—whether through the filed stipulation or this order—dissolved the entered stay. *See Umanzor Maldonado v. Lyons*, No. 5:26-CV-0112-JKP, 2026 WL

196521, at *2 (W.D. Tex. Jan. 20, 2026). Additionally, as discussed in another case just today, the previously entered stay would not have precluded a voluntary departure by Petitioner. *See Castellanos Sevilla v. Ortega*, Case No. 5:26-CV-1803-JKP, unpub. ord. (W.D. Tex. Apr. 2, 2026) (ECF No. 7)). To the extent it matters, the Court **DENIES** the Motion to Remove the Stay of Removal (ECF No. 8) for the same reasons stated in *Castellanos Sevilla*.

**IT IS SO ORDERED this 2nd day of April 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

2